IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>TIMEX GROUP USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 16-686-GMS<br>)<br>)<br>)<br>)<br>) |

**TIMEX GROUP USA, INC.'S CORPORATE DISLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Timex Group USA, Inc. hereby states that is a wholly owned subsidiary of Timex Group B.V., and that it has no other parent corporation or publicly held company that owns 10% or more of its stock.

Respectfully submitted,

/s/ *Jeffrey T. Castellano*
Jeffrey T. Castellano (No. 4837)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Ave., Suite 1120
Wilmington, DE 19801
(302) 298-0700
jcastellano@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant*

OF COUNSEL:
John R. Horvack, Jr.
John L. Cordani Jr.
CARMODY TORRANCE SANDAK &
 HENNESSEY LLP
195 Church Street, 18th Floor
New Haven, CT 06509
(203) 784-3199

Dated: October 21, 2016