**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>              Plaintiff,<br><br>       v.<br><br>TIMEX GROUP USA, INC.,<br><br>              Defendant. | C.A. No. 1:16-cv-00686-GMS<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR OPPOSTION
AND REPLY TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies ("Blackbird") and Defendant Timex Group USA, Inc., by and through their undersigned counsel, hereby stipulate and agree, subject to approval of the Court, that the time for Blackbird to respond to Defendant's Motion to Dismiss (D.I. 8) shall be extended up to and including December 1, 2016 and that the time for Defendant to file its related reply will be extended up to and including December 19, 2016. The extensions are to allow Plaintiff and Defendant more time to evaluate the claims raised in Defendant's Motion to Dismiss and Plaintiff's opposition thereto.

Dated:  October 31, 2016

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC<br>*/s/ Stamatios Stamoulis*<br>Stamatios Stamoulis (No. 4606)<br>stamoulis@swdelaw.com<br>Richard C. Weinblatt (No. 5080)<br>weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Telephone: (302) 999-1540<br><br>*Attorneys for Plaintiff* | SHAW KELLER LLP<br>*/s/ Andrew E. Russell*<br>Andrew E. Russell (#5382)<br>arussell@shawkeller.com<br>Shaw Keller LLP<br>300 Delaware Ave., Suite 1120<br>Wilmington, DE 19801<br>Telephone: (302) 298-0700<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of October, 2016.

_____
HONORABLE GREGORY M. SLEET