**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>TIMEX GROUP USA, INC.,<br><br>    Defendant. | C.A. No. 16-686-GMS<br><br>JURY TRIAL DEMANDED |

### RESPONSE TO MOTION TO DISMISS (D.I. 8)

In response to Defendant's Motion to Dismiss, D.I. 8, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff filed its First Amended Compalint (D.I. 14). Accordingly, Defendant's Motion to Dismiss is now moot.

| | |
|---|---|
| Dated:  November 22, 2016 | STAMOULIS & WEINBLATT LLC |
| OF COUNSEL | */s/ Stamatios Stamoulis*<br>Stamatios Stamoulis #4606<br>  stamoulis@swdelaw.com |
| Christopher Freeman<br>cfreeman@blackbird-tech.com<br>Wendy Verlander<br>wverlander@blackbird-tech.com<br>Deborah Yates<br>dyates@blackbird-tech.com<br>Blackbird Tech LLC d/b/a<br>Blackbird Technologies<br>200 Baker Avenue, Suite 203<br>Concord, MA 01742<br>(617) 307-7100 | Richard C. Weinblatt #5080<br>  weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Telephone: (302) 999-1540<br><br>*Attorneys for Plaintiff<br>Blackbird Tech LLC<br>d/b/a Blackbird Technologies* |