**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>                     Plaintiff,<br><br>     v.<br><br>TIMEX GROUP USA, INC.,<br><br>                     Defendant. | C.A. No. 1:16-cv-00686-GMS<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR OPPOSITION AND REPLY TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies ("Blackbird") and Defendant Timex Group USA, Inc., by and through their undersigned counsel, hereby stipulate and agree, subject to approval of the Court, that the time for Blackbird to respond to Defendant's Motion to Dismiss (D.I. 17) shall be extended up to and including January 13, 2017. Defendant's time for filing its Reply shall be extended up to and including January 27, 2017. The purpose of this extension is to allow the parties more time to evaluate the claims raised in Defendant's Motion to Dismiss.

Dated: December 12, 2016

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC<br>*/s/ Stamatios Stamoulis*<br>Stamatios Stamoulis (No. 4606)<br>stamoulis@swdelaw.com<br>Richard C. Weinblatt (No. 5080)<br>weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Telephone: (302) 999-1540<br><br>*Attorneys for Plaintiff* | SHAW KELLER LLP<br>*/s/ Andrew E. Russell*<br>Jeffrey T. Castellano (#4837)<br>Andrew E. Russell (#5382)<br>Shaw Keller LLP<br>300 Delaware Ave., Suite 1120<br>Wilmington, DE 19801<br>Telephone: (302) 298-0700<br>jcastellano@shawkeller.com<br>arussell@shawkeller.com<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of December, 2016.

_____
HONORABLE GREGORY M. SLEET